## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Virginia

Case Number: 1:22-cv-00035-JPJ-PMS

Plaintiff:
**ALLAN W. WINEBARGER**, an individual,

vs.

Defendant:
**COOK INCORPORATED, et al**

Received by Bryan Blair Process Serving on the 4th day of October, 2022 at 11:00 am to be served on **Cook Group Incorporated, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**.

I, Ryan David Fortune, do hereby affirm that on the **5th day of October, 2022** at **8:59 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons; Civil Cover Sheet; Complaint** with the date and hour of service endorsed thereon by me, to: **Mya Zajakowski** as **Registered Agent** at the address of: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204** on behalf of **Cook Group Incorporated**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 23, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction where the process was served.

_____
**Ryan David Fortune**
Process Server

**Bryan Blair Process Serving**
**21373 W Brittle Bush Ln.**
**Buckeye, AZ 85396**
**(623) 300-8468**

Our Job Serial Number: BYN-2022000677
Ref: IVC601196
Service Fee: $126.50

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Virginia

Case Number: 1:22-cv-00035-JPJ-PMS

Plaintiff:
**ALLAN W. WINEBARGER**, an individual,

vs.

Defendant:
**COOK INCORPORATED, et al**

Received by Bryan Blair Process Serving on the 4th day of October, 2022 at 11:00 am to be served on **Cook Incorporated, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**.

I, Ryan David Fortune, do hereby affirm that on the **5th day of October, 2022** at **8:59 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons; Civil Cover Sheet; Complaint** with the date and hour of service endorsed thereon by me, to: **Mya Zajakowski** as **Registered Agent** at the address of: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204** on behalf of **Cook Incorporated**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 23, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction where the process was served.

_____
**Ryan David Fortune**
Process Server

**Bryan Blair Process Serving**
**21373 W Brittle Bush Ln.**
**Buckeye, AZ 85396**
**(623) 300-8468**

Our Job Serial Number: BYN-2022000678
Ref: IVC601196
Service Fee: $27.50

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Virginia

Case Number: 1:22-cv-00035-JPJ-PMS

Plaintiff:
**ALLAN W. WINEBARGER**, an individual,

vs.

Defendant:
**COOK INCORPORATED, et al**

Received by Bryan Blair Process Serving on the 4th day of October, 2022 at 11:00 am to be served on **Cook Medical Incorporated, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**.

I, Ryan David Fortune, do hereby affirm that on the **5th day of October, 2022** at **8:59 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons; Civil Cover Sheet; Complaint** with the date and hour of service endorsed thereon by me, to: **Mya Zajakowski** as **Registered Agent** at the address of: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204** on behalf of **Cook Medical Incorporated**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 23, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction where the process was served.

_____
**Ryan David Fortune**
Process Server

**Bryan Blair Process Serving**
**21373 W Brittle Bush Ln.**
**Buckeye, AZ 85396**
**(623) 300-8468**

Our Job Serial Number: BYN-2022000679
Ref: IVC601196
Service Fee: $27.50

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V



## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Virginia

Case Number: 1:22-cv-00035-JPJ-PMS

Plaintiff:
**ALLAN W. WINEBARGER**, an individual,

vs.

Defendant:
**COOK INCORPORATED, et al**

Received by Bryan Blair Process Serving on the 4th day of October, 2022 at 11:00 am to be served on **Cook Medical, LLC, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**.

I, Ryan David Fortune, do hereby affirm that on the **5th day of October, 2022** at **8:59 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons; Civil Cover Sheet; Complaint** with the date and hour of service endorsed thereon by me, to: **Mya Zajakowski** as **Registered Agent** at the address of: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204** on behalf of **Cook Medical, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 23, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction where the process was served.

_____
**Ryan David Fortune**
Process Server

**Bryan Blair Process Serving
21373 W Brittle Bush Ln.
Buckeye, AZ 85396
(623) 300-8468**

Our Job Serial Number: BYN-2022000680
Ref: IVC601196
Service Fee: $27.50

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V